# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

*U.S. DISTRICT COURT*
*Southern District of Georgia*
*Filed in Open Court*
*2:24 P.M.*
*2-20, 2020*
*Deputy Clerk*

CHANGE OF PLEA IN  USA V. TERRY KIELISCH

CRIMINAL NO.  1:19 CR 0086  AT  AUGUSTA, GA.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE

DEFENDANT  TERRY KIELISCH , HAVING

PREVIOUSLY ENTERED A PLEA OF  NOT GUILTY ,

HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA

OF  GUILTY  TO  COUNTS 1, 2 AND 4

IN THE  SUPERSEDING  INDICTMENT.

THIS  20  DAY OF  February , 2020.

NOLLE PROSSE AS
TO COUNT(S)  3 & 5

*/s/ Terry Kielisch*
TERRY KIELISCH  DEFENDANT

*/s/ Alex Brown*
COUNSEL FOR DEFENDANT
ALEX BROWN